**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

BRIAN KEIM, *individually, and on*
*behalf of other similarly situated individuals,*

      Plaintiff,

                                 CASE NO. 9:19-CV-81025-RLR

v.

TRADER JOE'S COMPANY,
*a California corporation,*

      Defendant.

_____/

## NOTICE OF DISMISSAL

      Plaintiff, Brian Keim, hereby files this Notice of Voluntary Dismissal under Fed. R. Civ. P.

41(a)(1)(A)(i) requesting that this action be dismissed without prejudice as to all claims, causes of

action, and parties, with each party bearing that party's own attorney's fees and costs. The Defendant,

Trader Joe's Company, has not filed an answer or a motion for summary judgment in this action.

                             Respectfully submitted,

                             */s/ Scott D. Owens*
                             Scott D. Owens, Esq.
                             SCOTT D. OWENS, P.A.
                             3800 S. Ocean Dr., Ste. 235
                             Hollywood, FL 33019
                             Tel: 954-589-0588
                             Fax: 954-337-0666
                             scott@scottdowens.com

                             Keith J. Keogh, Esq.
                             Keogh Law, LTD
                             55 W. Monroe Street
                             Suite 3393
                             Chicago, IL 60603
                             Telephone: 312-726-1092
                             Facsimile: 312-726-1093
                             keith@KeoghLaw.com
                             *Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.


By: /s/ *Scott D. Owens*
Scott D. Owens